**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-1350**

─────────

JUAN L. STEWARD,

                              Plaintiff - Appellant,

        versus

THE COLONIAL WILLIAMSBURG FOUNDATION,

                              Defendant - Appellee.

─────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Henry C. Morgan, Jr.,
District Judge. (CA-01-79-4)

─────────

Submitted:  June 13, 2002          Decided:  June 18, 2002

─────────

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Juan L. Steward, Appellant Pro Se.  Alexander Neal Barkus, HUNTON
& WILLIAMS, Washington, D.C.; Jeffrey Brian Hardie, HUNTON &
WILLIAMS, Norfolk, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Juan L. Steward appeals the district court's order dismissing his civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Steward v. Colonial Williamsburg Found., No. CA-01-79-4 (E.D. Va. Mar. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2